# EXHIBIT # B

Kings County Civil Court
Civil Judgment

| Plaintiff(s): | | | | | |
|---|---|---|---|---|---|
| Cavalry SPV I, LLC As Assignee Of Citibank, N.A. | | | | | |

**Index Number:** CV-030895-19/KI
**Judgment issued:** On Default
**On Motion of:**
Mandarich Law Group LLP
5965 Transit Road   Suite 500, East Amherst, NY 14051

vs.

Defendant(s):
Tyrone A Blackburn

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $4,370.36 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $95.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $48.50 | Enforcement Fee | $0.00 |
| Interest    09/26/2019 | $0.00 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |
| **Total Damages** | **$4,370.36** | **Total Costs & Disbursements** | **$208.50** | **Judgment Total** | **$4,578.86** |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) Cavalry SPV I, LLC As Assignee Of Citibank, N.A.
500 Summit Lake Drive, Suite #400, Valhalla, NY 10595

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) Tyrone A Blackburn
1242 E 80th ST  Apt 3, Brooklyn, NY 11236-4160

Judgment entered at the Kings County Civil Court, 141 Livingston Street, Brooklyn, NY 11201, in the STATE OF NEW YORK in the total amount of **$4,578.86 on 01/12/2022 at 02:55 PM.**

Judgment sequence 1

*Alia Razzaq*

Alia Razzaq, Chief Clerk