# EXHIBIT # F

IN THE CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF KINGS

MIDLAND FUNDING LLC

          Plaintiff/Petitioner

vs.

JENIQUE HERON

          Defendant/Respondent

Hearing Date:
INDEX NO:     029940/19
Index Date:   10/10/2019
AFFIDAVIT OF SERVICE OF:
Summons; Complaint

Received by Alan Feldman, on the 16th day of October, 2019 at 12:20 PM to be served upon JENIQUE HERON at 1630 E 102ND ST APT 8G, BROOKLYN, Kings County, NY 11236.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 22nd day of October, 2019 at 8:50 AM at the address of 1630 E 102ND ST APT 8G, BROOKLYN, Kings County, NY 11236, this affiant served the above described documents upon JENIQUE HERON in the manner described below:

SUBSTITUTE SERVICE, by leaving 1 true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, with John Doe, a person of suitable age and discretion who stated they reside at the defendant's usual place of abode listed above.
On the date of _____OCT 2 3 2019_____, affiant then deposited in the United States mail, in the county where the property is situated, the above described documents in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served. This was mailed with proper postage to:

JENIQUE HERON
1630 E 102ND ST APT 8G
BROOKLYN, NY 11236

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
John Doe, WHO REFUSED TO GIVE NAME, DESCENDANT, CO-RESIDENT, who accepted service, a black-haired black male approx. 35-45 years of age, 6'0"-6'2" tall and weighing 200-240 lbs.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and was told defendant and/or present occupant was not.

Executed on __10·23__, 20 _19_

_[signature]_

Alan Feldman, Reg. # 2058467-DCA, New York City, NY

ABC Legal Services, Inc.
DCA Lic. #1380619 Exp. 02/28/20
147 Prince St, Suite 4-5, Brooklyn, NY 11201

SUBSCRIBED AND SWORN to before me this __23rd__ day of __Oct.__, 20 _19_

_[signature]_
NOTARY PUBLIC in and for the State of New York

BRETT PASTERNACK
Notary Public, State of New York
No. 01PA6396017
Qualified in Suffolk County
Commission Expires August 12, 20__

RECEIVED
Nov 1, 2019

Page 1 of 1
FOR: Pressler, Felt & Warshaw, LLP
REF: H210147