UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE A. BLACKBURN,<br><br>       Plaintiff,<br><br>-against-<br><br>ALAN FELDMAN<br>ABC LEGAL SERVICES, INC.,<br>CAVALRY SPV I, LLC<br>AS ASSIGNEE OF CITIBANK, N.A.,<br>MANDARICH LAW GROUP LLP,<br><br>       Defendants. | Case No.: 1:23-cv-02380-HG-JRC<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED**, by and between Plaintiff Tyrone A. Blackburn and Defendant Alan Feldman (collectively "Parties"), that the above-referenced action is hereby dismissed with prejudice as to Defendant Alan Feldman pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The Parties agree that each party shall bear his/its own costs and fees incurred in this action.

Respectfully submitted,

Dated: July 3, 2023

            TYRONE A. BLACKBURN
            Pro Se Plaintiff

            By: *Tyrone A. Blackburn, Esq.*
              Tyrone A. Blackburn

Dated: July 3, 2023

            GORDON REES SCULLY MANSUKHANI, LLP

            By: /s/ Lori J. Quinn
              Lori J. Quinn
              Attorneys for Defendant, Alan Feldman

| | |
|---|---|
| Dated July 3, 2023 | GORDON REES SCULLY MANSUKHANI, LLP |
| | By: */s/ Lori J. Quinn*<br>    Lori J. Quinn<br>    Attorneys for Defendant, ABC Legal Services, LLC, incorrectly identified as ABC Legal Services, Inc. |
| Dated: July 3, 2023 | MAURICE WUTSCHER LLP |
| | By: /s/ Thomas R. Dominiczyk<br>    Thomas R. Dominczyk<br>    Attorneys for Defendant, Cavalry SPVI, LLC |
| Dated: July 3, 2023 | MESSER STRICKLER BURNETTE, LTD. |
| | By: /s/ Stephanie Stickler<br>    Stephanie Strickler<br>    Nicole M. Strickler, *Pro Hac Vice*<br>    Attorneys for Defendant<br>    Mandarich Law Group, LLP |